**E L CADY TRUST, et al., Appellants,**

v.

**CITY OF INDEPENDENCE, Missouri, Respondent.**

**No. WD 72406.**

Missouri Court of Appeals,
Western District.

Dec. 14, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2011.

Elwyn L. Cady, Jr., Independence, MO, for appellants.

Mitchell E. Langford, Independence, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, GARY D. WITT, Judge and HADLEY GRIMM, Special Judge.

### ORDER

PER CURIAM:

Elwyn Cady, Jr. filed suit against the City of Independence, Missouri ("the City") for an alleged violation of his rights under the Fourth Amendment to the Constitution of the United States in posting a notice of a codes violation on the door to his residence. After the City moved to dismiss the Petition, the trial court granted its motion.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.